**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
**JOHN L. KANE**      DENVER, COLORADO 80294
SENIOR JUDGE      (303) 844-6118
John_L_Kane@cod.uscourts.gov

# M E M O R A N D U M

**TO:**      Greg Langham, Clerk
          Attn: Kathy Triplett

**FROM:**      Judge John L. Kane

**DATE:**      February 23, 2010

**RE:**      Criminal Action No. **10-cr-100-JLK**

     Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.